■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL SOLAR, Appellant. [758 NYS2d 821] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered January 11, 2001, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (see CPL 470.05 [2]; People v Gray, 86 NY2d 10 [1995]; People v Udzinski, 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see CPL 470.15 [5]).

The contentions raised in the defendant's supplemental pro se brief either are unpreserved for appellate review or without merit. Prudenti, P.J., Ritter, Feuerstein and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SORBELLO, Appellant. [759 NYS2d 342] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 27, 2001 (People v Sorbello, 285 AD2d 88 [2001]), modifying a judgment of the Supreme Court, Kings County, rendered March 9, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]). Krausman, J.P., H. Miller, Schmidt and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD STRICKLAND, Appellant. [759 NYS2d 342] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 4, 2002 (People v Strickland, 291 AD2d 420 [2002]), affirming a judgment of the Supreme Court, Queens County, rendered September 7, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]). Prudenti, P.J., Florio, H. Miller and Townes, JJ., concur.